*se. Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 888. LUCAS *v.* UNITED STATES. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1055. ERNEST *v.* ILLINOIS; and
No. 1066. FORSYTHE *v.* NIERSTHEIMER, WARDEN. March 17, 1947. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1089. VON SCHERER *v.* RAGEN, WARDEN. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1045. COOK *v.* INDIANA. March 17, 1947. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 1073. ELLIOTT *v.* MICHIGAN. March 17, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 1096. SMITH *v.* JEFFERSON COUNTY ET AL. See *ante,* p. 808.